GLYNN & FINLEY, LLP
ADAM FRIEDENBERG, Bar No. 205778
MAUREEN RODGERS, Bar No. 245876
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendant
Ingenio, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HOSTING.COM, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>INGENIO, INC., doing business as AT&T INTERACTIVE,<br><br>    Defendants. | **Case No. CV-10-1471-JCS**<br><br>**STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1(a), the parties hereby stipulate that Defendant's last day to answer or otherwise respond to Plaintiff's Complaint is extended to May 10, 2010.

IT IS SO STIPULATED.

Dated: April 22, 2010

    GLYNN & FINLEY, LLP
    ADAM FRIEDENBERG
    MAUREEN RODGERS
    One Walnut Creek Center
    100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596

    By: /s/ Adam Friedenberg
        Attorneys for Defendant
        Ingenio, Inc.

- 2 -

| | |
|---|---|
| 1    Dated: April 22, 2010 | |
| 2 | PINNACLE LAW GROUP, LLP |
| | ANDREW A. AUGUST |
| | JOHN L. FITZGERALD |
| 3 | KEVIN F. ROONEY |
| | 425 California Street, Suite 1800 |
| 4 | Walnut Creek, CA  94104 |
| 5 | By:  /s/ Kevin F. Rooney |
| | Attorneys for Plaintiff |
| 6 | Hosting.com |

9    Dated:  Arpil 26, 2010

*IT IS SO ORDERED*

*[Signature] Judge Joseph C. Spero*

*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT