1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
3  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
4  Facsimile: (925) 945-1975

5  Attorneys for Defendant
   Ingenio, Inc.
6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 | HOSTING.COM, INC. | CASE NO. CV 10-01471 CW |
   |---|---|
   | Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL** |
13 | vs. | |
14 | | |
15 | INGENIO, INC., doing business as AT&T INTERACTIVE, | |
16 | Defendants. | |

18     Pursuant to Federal Rule of Civil Procedure 41(a), the parties hereby stipulate that this
19 action shall be, and hereby is, dismissed with prejudice.  The parties further stipulate that each
20 party shall bear its own costs, attorneys' fees, and experts' fees.
21     IT IS SO STIPULATED.
22     Dated: February 9, 2011
23                                           GLYNN & FINLEY, LLP
                                             ADAM FRIEDENBERG
24                                           MAUREEN RODGERS
                                             One Walnut Creek Center
25                                           100 Pringle Avenue, Suite 500
                                             Walnut Creek, CA  94596
26

27                                           By:    /s/ Adam Friedenberg
                                                 Attorneys for Defendant
28                                               Ingenio, Inc.

Dated: February 9, 2011

          PINNACLE LAW GROUP, LLP
          ANDREW A. AUGUST
          JOHN L. FITZGERALD
          KEVIN F. ROONEY
          425 California Street, Suite 1800
          Walnut Creek, CA  94104

By:    /s/ Kevin F. Rooney
      Attorneys for Plaintiff
      Hosting.com

## ORDER

Pursuant to the above stipulation between the parties, this action is hereby Ordered Dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a).  The parties shall bear their own costs, attorneys' fees and experts' fees.

IT IS SO ORDERED.

Dated: 2/15/2011

          Honorable Claudia Wilken
          United States District Court Judge